# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ERIC C. BURGIE**
**ADC #120956**                                                            **PETITIONER**

**VS.**                  **CASE NO. 5:13CV000228 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                        **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by the petitioner have been reviewed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Petitioner's Motion to Proceed *In Forma Pauperis* [Doc. No. 1] is granted.

2. The Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 [Doc. No. 2], is dismissed, without prejudice, so that petitioner may seek authorization from the Eighth Circuit, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition.

IT IS SO ORDERED this 24th day of September 2013.

_____
UNITED STATES DISTRICT JUDGE